IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD B. BAYSON,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHEAST COMMUNITY COLLEGE, et al.,<br><br>Defendants. | 8:26-CV-112<br><br>ORDER |

The plaintiff has filed what purports to be a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e). Filing 44. But no judgment has been entered in this case, so any Rule 59(e) motion is premature. *See Auto Servs. Co. v. KPMG, LLP*, 537 F.3d 853, 856 (8th Cir. 2008) ("judgment" does not encompass order dismissing fewer than all claims or opposing parties). Construed as a motion to reconsider, the plaintiff's motion is denied for the reasons already stated by the Court on the record. *See* filing 34; filing 38.

IT IS ORDERED that the plaintiff's Rule 59(e) motion (filing 44) is denied.

Dated this 31st day of July, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge