IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD B. BAYSON,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHEAST COMMUNITY COLLEGE, et al.,<br><br>Defendants. | 8:26-CV-112<br><br>ORDER |

The plaintiff has filed what purports to be another motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e). Filing 52. But as the plaintiff was already told, no judgment has been entered in this case, so any Rule 59(e) motion is premature. *See* filing 45 (citing *Auto Servs. Co. v. KPMG, LLP*, 537 F.3d 853, 856 (8th Cir. 2008) ("judgment" does not encompass order dismissing fewer than all claims or opposing parties)). Construed as a motion to reconsider the Court's order (filing 50) denying his third motion (filing 49) for preliminary injunctive relief, the plaintiff's motion is denied for the reasons the Court has repeatedly stated on the record. *See, e.g.*, filing 34; filing 38; filing 42; filing 45; filing 50.

The plaintiff wants the Court to state the basis for denying his request "with specificity," filing 52 at 3, but the Court did so the first time the plaintiff sought reinstatement to the defendants' respiratory therapy program, stating its findings and conclusions on the record as required by Fed. R. Civ. P. 52(a)(2). *See* case no. 8:26-cv-56 filing 7; *see also* filing 42. The Court does not need to copy-and-paste that analysis at length every time the plaintiff makes the same demand for the same reasons.

The Court has also previously cautioned the plaintiff "that his continued, constant filing of meritless motions may result in the Court imposing sanctions." Filing 42. The Court repeats that caution more emphatically, with the addendum that repeatedly filing the same motions is particularly frivolous.

If the plaintiff doesn't like the fact that the Court keeps denying him preliminary injunctive relief, he's free to seek appellate review of that decision. *See Morgenstern v. Wilson*, 29 F.3d 1291, 1294 (8th Cir. 1994) (28 U.S.C. § 1292(a) provides courts of appeal with jurisdiction of appeals from interlocutory orders granting, continuing, modifying, refusing or dissolving injunctions). But he needs to stop presenting the same motion to this Court.

IT IS ORDERED:

1. The plaintiff's Rule 59(e) motion (filing 52) is denied.

2. To the extent that it constitutes a motion, the plaintiff's "Rule 65(a) Supplement and Request for Consideration" (filing 53) is also denied.

Dated this 18th day of August, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge